IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:08-CV-0047-BO

| | |
|---|---|
| GWEN HART, JOSEPH DRUTHER, LUCILLE DRUTHER, EDWARD WUELLNER, and JENNIFER WUELLNER, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| LOUISIANA-PACIFIC CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**PLAINTIFFS' RULE 60(d) MOTION FOR RELIEF FROM JUDGMENT,
OR IN THE ALTERNATIVE, MOTION TO RECONSIDER THE
COURT'S SEPTEMBER 3, 2013 ORDER**

Plaintiffs by and through counsel hereby move pursuant to Federal Rule of Civil Procedure 60(d) for relief from the Judgment entered by the Court on September 3, 2013 (DE # 217), or in the alternative, for the Court to reconsider its September 3, 2013 Order granting summary judgment and decertifying the class. (DE # 216). In support of its Motion, Plaintiffs incorporate the accompanying Memorandum in Support.

This the 17th day of September, 2013.

                                                                                     Respectfully submitted,

                                                                                     /s/ Daniel K. Bryson
                                                                                     Daniel K. Bryson (NC Bar # 15781)
                                                                                     Scott C. Harris (NC Bar # 35328)
                                                                                     WHITFIELD BRYSON & MASON, LLP
                                                                                     900 W. Morgan Street
                                                                                     Raleigh, NC 27603
                                                                                     Tel: (919) 600-5000
                                                                                     Fax: (919) 600-5035
                                                                                     Email: dan@wbmllp.com

Joel R. Rhine (NC Bar # 16028)
Jean S. Martin
RHINE LAW FIRM 314 Walnut Street
Wilmington, NC 28401
Tel: (910) 772-9960
Fax: (910) 772-9062
Email: jrr@lrlawfirm.com

Auley M. Crouch, III
Christopher K. Behm
BLOCK, CROUCH, KEETER,
BEHM & SAYED, LLP
PO Box 4
Wilmington, NC 28402
Tel: (910) 763-2727
Fax: (910) 762-6429
Email: cbehm@bcklawfirm.com

Of Counsel:

Gary E. Mason
Nicholas A. Migliaccio
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 429-2294
Email: gmason@wbmllp.com

Charles A. Schneider
Martha B. Schneider
Of Counsel to:
WHITFIELD BRYSON & MASON, LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036
Tel: (202) 429-2290
Fax: (202) 429-2294
Email: cschneider@wbmllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was served upon all other parties to this action or their attorneys of record via the Court's CM/ECF system:

Richard T. Boyette
CRANFILL, SUMNER & HARTZOG, LLP
P.O. Box 27808
Raleigh, NC 27611-7808
Email: rboyette@cshlaw.com

James E. Weatherholtz
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
P.O. Box 999
Charleston, SC 29402
Email: jweatherholtz@buistmoore.com

John Parker Sweeney
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L. Street, NW, Suite 1350
Washington, DC 20036
Email: jsweeney@babc.com

This the 17th day of September, 2013.

                                                  */s/ Daniel K. Bryson*
                                                  Daniel K. Bryson
                                                  WHITFIELD, BRYSON & MASON, LLP
                                                  900 W. Morgan St.
                                                  Raleigh, NC 27603
                                                  Tel: (919) 600-5000
                                                  Fax: (919) 600-5035
                                                  Email: dan@wbmllp.com
                                                  *Attorneys for Plaintiffs*